```
1  KENNETH H. WINE (#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400
   Facsimile: (415) 575-9930
4  email: kenwine@hotmail.com

5  Counsel for ARTRELLE FRAGHER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-18-517 CRB |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) STATUS DATE AND |
| v. | ) [PROPOSED] ORDER |
| ARTRELLE FRAGHER, | ) |
| Defendant. | ) |

I, Kenneth H. Wine, declare:

1. On April 8, 2019 I was appointed to represent Artrelle Fragher in place of the public defender. I have worked diligently to meet with the client and to review the discovery.

2. There are a number of investigation issues that have arisen, and which require my effort prior to resolution or setting the case for trial.

3. The parties are requesting that the pending status conference be continued for five weeks.

4. The parties agree that this time is excludable from the Speedy Trial Act for effective preparation of counsel under 18 U.S.C. 3161(h)(7)(B)(iv).

5. The parties are requesting the case be set for a status on June 19, 2019.

STIP/ORDER CONTINUANCE

DATED: May 7, 2019                    /s/ Kenneth Wine
                                      Kenneth H. Wine, Esq.
                                      Attorney for Defendant
                                      ARTRELLE FRAGHER

DATED: May 7, 2019                    /s/ Nicholas Walsh, AUSA
                                      Nicholas Walsh, AUSA
                                      Attorney for Plaintiff
                                      UNITED STATES

## ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendant Artrelle Fragher's Status Conference be continued from May 10, 2019 to June 19, 2019 at 1:30 p.m., and that time will be excluded under 18 U.S.C. 3161(h)(7)(B)(iv) for effective preparation of counsel.

DATED: May 9, 2019                    _____
                                      HON. CHARLES R. BREYER
                                      U.S. DISTRICT COURT