AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Artrelle Fragher | ) | USDC Case Number:  CR-18-00517-001 CRB |
| | ) | BOP Case Number:  DCAN318CR00517-001 |
| | ) | USM Number:  25210-111 |
| | ) | Defendant's Attorney:  Michael Levine |

## THE DEFENDANT:

☑ admitted to Charge(s): <u>Three</u> of the Amended Petition for Warrant filed on <u>March 23, 2026</u>.

☐ was found in violation of Charge(s): _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Three | Must Refrain from Any Unlawful Use of a Controlled Substance | March 23, 2026 |
| | | |
| | | |
| | | |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ On June 24, 2026, Judicial Notice was taken of Charge One and Two.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| | <u>6/24/2026</u> |
| Last Four Digits of Defendant's Soc. Sec. No.: <u>4568</u> | Date of Imposition of Judgment |
| | |
| Defendant's Year of Birth: <u>1972</u> | Signature of Judge |
| | The Honorable Charles R. Breyer |
| City and State of Defendant's Residence: | Senior United States District Judge |
| <u>San Francisco, California</u> | Name & Title of Judge |
| | |
| | Date.   June 25, 2026 |
| | Date Signed |

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation
_____

DEFENDANT:  Artrelle Fragher                                                    Judgment - Page 2 of 5
CASE NUMBER:  0971 3:18CR00517-001 CRB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
    Time Served

☐    The Court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.
Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐    The defendant shall surrender to the United States Marshal for this district:

       ☐    at _____ ☐ am ☐ pm  on _____ (no later than 2:00 pm).

       ☐    as notified by the United States Marshal.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐    at _____ ☐ am ☐ pm  on _____ (no later than 2:00 pm).

       ☐    as notified by the United States Marshal.

       ☐    as notified by the Probation or Pretrial Services Office.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Artrelle Fragher                                           Judgment - Page 3 of 5
CASE NUMBER:  0971 3:18CR00517-001 CRB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  <u>One year</u>

## MANDATORY CONDITIONS OF SUPERVISION

1)      You must not commit another federal, state or local crime.

2)      You must not unlawfully possess a controlled substance.

3)      You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

       ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4) ☐      You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5) ☑      You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6) ☐      You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7) ☐      You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Artrelle Fragher                                                Judgment - Page 4 of 5
CASE NUMBER:  0971 3:18CR00517-001 CRB

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame. After initially reporting to the probation office, you will receive a copy of the Judgment and Commitment which will set out the conditions of your supervision.  You will be advised as to how and when you must report to the probation officer.
2.  You must not change your authorized residence without the consent of your probation officer.
3.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that are observed in plain view.
4.  You must not commit another federal, state, or local offense.
5.  You must not unlawfully possess a controlled substance.
6.  If you are arrested by a law enforcement officer, you must notify the probation officer within 72 hours.
7.  You must answer truthfully any questions asked by your probation officer.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.  I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) _____            _____
            Defendant                                            Date

         _____            _____
            U.S. Probation Officer/Designated Witness            Date

## SPECIAL CONDITIONS OF SUPERVISION

Prior Conditions

1   You must pay any special assessment that is imposed by this judgement and that remains unpaid at the commencement of the term of supervised release.

2   You must participate in a mental health treatment program, as directed by the probation officer. You are to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments must never exceed the total cost of mental health counseling. The actual co-payment schedule must be determined by the probation officer.

3   You must not be present in the area in San Francisco bordered on the west by Polk Street and South Van Ness Avenue, on the north by Geary Street, on the east by Powell Street and 3rd Street, and on the south by Mission Street, with the following exceptions: I) you may enter the area to attend any court proceedings at 450 Golden Gate A venue, or after requesting and receiving approval from your assigned U.S. Probation Officer; and 2) you may travel on BART, MUNI, or other public transportation through the area, but may not then alight from said transportation and enter the area on foot.

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT:  Artrelle Fragher                                                                                    Judgment - Page 5 of 5
CASE NUMBER:  0971 3:18CR00517-001 CRB

4.  You must submit your person. residence, office, vehicle. electronic devices and their data (including cell phones, computers, and electronic storage media), or any property under your control to a search. Such a search must be conducted by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation. You must warn any residents that the premises may be subject to searches.

5.  You must participate in an outpatient program of testing and treatment for drug abuse, as directed by the probation officer, until such time as you are released from treatment by the probation officer. You are to pay part or all of the cost of this treatment. at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments must never exceed the total cost of urinalysis and counseling. The actual co-payment schedule must be determined by the probation officer.

Additional conditions:

6.  You must participate in a residential drug treatment program at the direction of the probation officer for a minimum of 90 days.

7.  You must report to the Newbridge Program in one week, by July 1, 2026.

You must pay the total criminal monetary penalties as originally imposed, less any payments already received:

Special Assessment:  $ $600     Fine:  $ Waived     Restitution:  $ None